AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern  District of  Texas

United States Courts
Southern District of Texas
**FILED**

**June 16, 2025**

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| United States of America<br>v.<br><br>Adrian Alberto CASTILLO-CONTADOR<br><br>YOB: 1988 MX<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  M-25-1416-M

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 16, 2025 _____ in the county of  Hidalgo _____ in the

__Southern__ District of ____Texas____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 (a)(1) | Whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties and where such acts involve physical contact with the victim of that assault. |

This criminal complaint is based on these facts:

See Attachment A

☒  Continued on the attached sheet.

Approved by AUSA Jose Garcia

/s/ Annette C. Allison
_____
Complainant's signature

Annette C. Allison, HSI Special Agent
_____
Printed name and title

☑ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date:  06/16/2025    4:01p.m.

City and state:  McAllen, Texas

Judge's signature

Nadia Medrano, U.S. Magistrate Judge
_____
Printed name and title

## ATTACHMENT A

On June 16, 2025, at approximately 2:15 AM, Adrian Alberto CASTILLO-CONTADOR (hereinafter, CASTILLO-CONTADOR), a citizen of Mexico, attempted to make entry into the United States (U.S.) at the Hidalgo Port of Entry (POE) by foot.

Customs and Border Protection Officers (CBPO) observed CASTILLO-CONTADOR running northbound towards the Hidalgo POE.  CBPO J.P. was on official duty and dressed in his official CBP uniform. CASTILLO-CONTADOR briefly complied to CBPO J.P.'s commands, but then began to evade CBPO J.P. by attempting to strike him, subsequently pushing CBPO J.P., resulting in the injury of CBPO J.P.  CASTILLO-CONTADOR continued running northbound, attempting to make entry into the U.S., at which point he was apprehended.

Homeland Security Investigations (HSI), Special Agents (SA) responded to the Hidalgo POE to assist in the investigation.  HSI SAs along with a CBPO-Enforcement conducted a post Miranda interview of CASTILLO-CONTADOR, regarding his participation in this attempt to unlawfully enter the U.S.

CASTILLO-CONTADOR admitted to assaulting a federal officer.

CBPO J.P. is a CBP Officer employed with the United States government, namely a person designated in Section 1114 of Title 18.