UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-25-1533 |
| § | |
| ADRIAN ALBERTO CASTILLO- § | |
| CONTADOR § | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government respectfully requests that the indictment in the above-numbered cause be dismissed without prejudice as to Adrian Alberto Castillo-Contador based on his sentencing in M-25-30075-M.

WHEREFORE, premises considered, the Government prays that this Motion to Dismiss the indictment numbered M-25-1533 against Adrian Alberto Castillo-Contador in all things be Granted.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

/s/Matthew Phelps
Matthew Phelps
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

On December 11, 2025, I spoke with Vanessa Mendoza, attorney for the defendant, and she stated that she has no opposition to the Government's motion to dismiss.

/s/Matthew Phelps
Matthew Phelps
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed, hand delivered, or e-mailed via ECF to Vanessa Mendoza, attorney of record, on this the 12th day of December 2025.

/s/Matthew Phelps
Matthew Phelps
Assistant United States Attorney